IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

JANE DOE,

Plaintiff,

v. Case No.

BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, UNIVERSITY OF WISCONSIN – MILWAUKEE, SARATH PRATAPAGIRI, LANDMARK BARS, INC. d/b/a/ LANDMARK LANES, VYACHESLAV TUZHILKOV a/k/a SLAVA TUZHILKOV, RANDY DOE, BRENDAN HOOVER, HEAVEN'L PARKER, ABC INSURANCE COMPANY, and DEF INSURANCE COMPANY

Defendants.

---

# NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

---

State Defendants Board of Regents of the University of Wisconsin System, University of Wisconsin-Milwaukee, and Sarath Pratapagiri, by their attorneys, Attorney General Joshua L. Kaul and Assistant Attorneys General Katherine C. Polich, Rachel L. Bachhuber, and Brandon T. Flugaur, hereby give notice of removal of this civil action from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1441 & 1446. The grounds for removal are as follows:

1. Milwaukee County Case No. 26CV9212 has been commenced and is pending in the Circuit Court for Milwaukee County.

2. This action was commenced when Plaintiff filed a Summons and Complaint on October 8, 2026. These documents were served on the State Defendants on October 15, 2026.

3. Pursuant to 28 U.S.C. § 1446(a), a true and complete copy of the Summons and Complaint is attached to this Notice as Exhibit A.

4. This action is being timely removed on November 13, 2026, within 30 days after service on the Defendant. *See* 28 U.S.C. § 1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 353-54 (1999).

5. The civil action now governed by the Complaint remains pending.

6. The action arises under provisions of the federal constitution and federal statutes, specifically 42 U.S.C. § 1983 and 20 U.S.C. § 1681(a). Specifically, Plaintiff alleges State Defendants violated her federal constitutional and statutory rights under the Fourteenth Amendment to the United States Constitution and Title IX of the Education Amendments of 1972. (*See* Ex. A, ¶¶ 64-86.)

7. This Court has original jurisdiction over claims arising under the Constitution or laws of the United States. 28 U.S.C. § 1331.

8. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), which authorizes removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a); *see also Wis. Dep't of Corrs. v. Schacht*, 524 U.S. 381, 386 (1998). Removal is

proper when federal law claims are asserted in state court, even if those federal law claims may be initiated in state court. *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 693 (2003).

9. The United States District Court for the Eastern District of Wisconsin is the proper venue for removal of this action because the action was commenced and is pending in a Wisconsin circuit court within this district. 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action, including a copy of this Notice of Removal, is being simultaneously mailed to all parties and electronically filed with the Clerk of Courts for the Circuit Court of Milwaukee County, Wisconsin.

11. Pursuant to 28 U.S.C. § 1441(a), removal of these claims is mandatory upon compliance with 28 U.S.C. § 1446 as herein accomplished.

12. State Defendants are represented by undersigned counsel and consent to this removal.

13. By removing this action from the Circuit Court of Milwaukee County, Wisconsin, State Defendants do not waive any objections or defenses available to them. State Defendants reserve all defenses and the filing of this Notice of Removal is subject to any such defenses.

14. By removing this action from the Circuit Court of Milwaukee County, Wisconsin, State Defendants do not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE**, State Defendants represent that they have complied with the applicable provisions of law and give notice that this action stands removed from the Circuit Court for Milwaukee County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated: November 13, 2026

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/Katherine C. Polich
KATHERINE C. POLICH
Assistant Attorney General
State Bar #1065796

RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for State Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-267-7163 (Polich)
608-266-0188 (Bachhuber)
608-266-1780 (Flugaur)
(608) 294-2907 (Fax)
katherine.polich@wisdoj.gov
rachel.bachhuber@wisdoj.gov
brandon.flugaur@wisdoj.gov