IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**CERTIFICATE OF SERVICE**

**Case Name:** **Jane Doe vs. Board of Regents of the University of Wisconsin System et al**
**Case No.** **26CV9212**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

- **CIVIL COVER SHEET**
- **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**
    - **EXHIBIT A – SUMMONS AND COMPLAINT 26CV9212**
- **NOTICE OF APPEARANCE – KATHERINE C. POLICH**
- **NOTICE OF APPEARANCE – RACHAEL L. BACHHUBER**
- **NOTICE OF APPEARANCE – BRANDON T. FLUGAUR**

I further certify that I directed the Unit Mailing Paralegal to mail the aforementioned documents by First-Class Mail to the following non-CM/ECF participants:

Landmark Bars, Inc.
2220 N. Farwell Ave
Milwaukee, WI 53211

Vyacheslav Tuzhilkov
3124 W. Grace Avenue
Mequon, WI 53092

Randy Roe
c/o Landmark Lanes
2220 N. Farwell Avenue
Milwaukee, WI 53211

Heaven'l Parker
3716 92nd Place
Sturtevant, WI 53177

Brendan Hoover #753760
Oshkosh Correctional Institution
PO Box 3530
Oshkosh, WI 54901

Attorney Nathaniel Cade
Cade Law Group
P.O. Box 170887
Milwaukee, WI 53217

**s/Kristin Cuellar**
KRISTIN CUELLAR

Paralegal